UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF F████ R█████████, et al.,<br><br>             Plaintiffs,<br><br>vs.<br><br>COUNTY OF YUBA, et al.,<br><br>             Defendants. | Case No.<br><br>**DECLARATION OF LORI ROSILES**<br>**RE: CAL. CODE CIV. PROC. § 377.32** |

I, Lori Rosiles, do declare and say:

1. I submit the following declaration concerning my status as a successor-in-interest to F████ R█████████, pursuant to section 377.32 of the California Code of Civil Procedure.

2. F████ R█████████ was born on ████████, 2012, in the County of Yuba, California.

3. No proceeding is now pending in California for administration of the estate of F████ R█████████.

4. I am a successor-in-interest to F████ R█████████ (as defined in section 377.11 of the California Code of Civil Procedure) and succeed to his interest in this action or proceeding. I am the biological mother of F████ R█████████.

5. No other person has a superior right to commence this action or proceeding, or to be substituted for F████ R█████████ in this pending action or proceeding.

6. A true and correct copy of the death certificate of F████ R█████████ is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on May __2__, 2023, at Olivehurst, California.

_/s/ Lori Rosiles_
Lori Rosiles

---

**DECLARATION OF LORI ROSILES RE: CAL. CODE CIV. PROC. § 377.32**
*Estate of Rosiles v. County of Yuba*, United States District Court, Eastern District of California, Case No. _____

# STATE OF CALIFORNIA

## COUNTY of YUBA
### MARYSVILLE, CALIFORNIA

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA

STATE FILE NUMBER: 3052023033323
LOCAL REGISTRATION NUMBER: 3202358000110

**DECEDENT'S PERSONAL DATA**
- 1. NAME OF DECEDENT—FIRST (Given): F[redacted]
- 2. MIDDLE: R[redacted]
- 3. LAST (Family): R[redacted]
- 4. DATE OF BIRTH: [redacted]/2012
- 5. AGE Yrs.: 10
- 6. SEX: M
- 9. BIRTH STATE/FOREIGN COUNTRY: CA
- 10. SOCIAL SECURITY NUMBER: [redacted]
- 11. EVER IN U.S. ARMED FORCES?: NO
- 12. MARITAL STATUS: NEVER MARRIED
- 7. DATE OF DEATH: 02/05/2023
- 8. HOUR (24 Hours): 2016
- 13. EDUCATION: 04
- 14/15. HISPANIC/LATINO/SPANISH?: YES — MEXICAN
- 16. DECEDENT'S RACE: AMERICAN INDIAN
- 17. USUAL OCCUPATION: NEVER WORKED
- 18. KIND OF BUSINESS OR INDUSTRY: —
- 19. YEARS IN OCCUPATION: —

**USUAL RESIDENCE**
- 20. DECEDENT'S RESIDENCE: [redacted]
- 21. CITY: OLIVEHURST
- 22. COUNTY/PROVINCE: YUBA
- 23. ZIP CODE: 95961
- 24. YEARS IN COUNTY: 10
- 25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**
- 26. INFORMANT'S NAME, RELATIONSHIP: LORI DENELLE ROSILES, MOTHER
- 27. INFORMANT'S MAILING ADDRESS: [redacted] OLIVEHURST, CA 95961

**SPOUSE/SRDP AND PARENT INFORMATION**
- 28. NAME OF SURVIVING SPOUSE/SRDP—FIRST: —
- 29. MIDDLE: —
- 30. LAST (BIRTH NAME): —
- 31. NAME OF FATHER/PARENT—FIRST: FRANK
- 32. MIDDLE: RENE
- 33. LAST: ROSILES, SR
- 34. BIRTH STATE: CA
- 35. NAME OF MOTHER/PARENT—FIRST: LORI
- 36. MIDDLE: DENELLE
- 37. LAST (BIRTH NAME): HOFFMAN
- 38. BIRTH STATE: CA

**FUNERAL DIRECTOR / LOCAL REGISTRAR**
- 39. DISPOSITION DATE: 02/24/2023
- 40. PLACE OF FINAL DISPOSITION: SIERRA VIEW MEMORIAL PARK, 4900 OLIVE AVE, OLIVEHURST, CA 95961
- 41. TYPE OF DISPOSITION(S): BURIAL
- 42. SIGNATURE OF EMBALMER: SONJA YVONNE NIX
- 43. LICENSE NUMBER: EMB9156
- 44. NAME OF FUNERAL ESTABLISHMENT: ULLREY MEMORIAL CHAPEL INC
- 45. LICENSE NUMBER: FD784
- 46. SIGNATURE OF LOCAL REGISTRAR: NGOC-PHUONG LUU, MD, MHS
- 47. DATE: 02/17/2023

**PLACE OF DEATH**
- 101. PLACE OF DEATH: ADVENTIST HEALTH AND RIDEOUT
- 102. IF HOSPITAL, SPECIFY ONE: ER/OP
- 104. COUNTY: YUBA
- 105. FACILITY ADDRESS: 726 4TH ST
- 106. CITY: MARYSVILLE

**CAUSE OF DEATH**
- 107. CAUSE OF DEATH:
  - IMMEDIATE CAUSE (A): GUNSHOT WOUND OF THE ABDOMEN
  - Time Interval: MINS
- 108. DEATH REPORTED TO CORONER?: YES — REFERRAL NUMBER 23-0503
- 109. BIOPSY PERFORMED?: NO
- 110. AUTOPSY PERFORMED?: YES
- 111. USED IN DETERMINING CAUSE?: YES
- 112. OTHER SIGNIFICANT CONDITIONS: NONE
- 113. WAS OPERATION PERFORMED: NO
- 113A. DECEDENT PREGNANT IN LAST YEAR?: NO

**PHYSICIAN'S CERTIFICATION**
- 114, 115, 116, 117, 118: (blank)

**CORONER'S USE ONLY**
- 119. MANNER OF DEATH: Homicide
- 120. INJURED AT WORK?: NO
- 121. INJURY DATE: 02/05/2023
- 122. HOUR (24 Hours): 1941 EST
- 123. PLACE OF INJURY: HOME
- 124. DESCRIBE HOW INJURY OCCURRED: SUBJECT WAS SHOT WITH A HANDGUN
- 125. LOCATION OF INJURY: FRIEND'S RESIDENCE, 5717 ALICIA AVENUE, OLIVEHURST, CA 95961
- 126. SIGNATURE OF CORONER / DEPUTY CORONER: KAITLYN MORTON
- 127. DATE: 02/08/2023
- 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: KAITLYN MORTON, DEP CORONER

CAYUBA--02



000081745

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF YUBA

This is a true and exact reproduction of the document officially registered and placed on file in the office of the YUBA COUNTY CLERK-RECORDER.

DATE ISSUED: MAY 0 3 2023



*Donna Hillegass*
DONNA HILLEGASS
YUBA COUNTY CLERK-RECORDER

This copy is not valid unless prepared on engraved border, displaying the date, seal and signature of the County Clerk-Recorder.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**