Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:     (916) 443-6911
Facsimile:      (916) 447-8336
E-Mail:          mark@markmerin.com
                    paul@markmerin.com

Attorneys for Plaintiffs
ESTATE OF F.R. and LORI ROSILES

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Matthew W. Gross, SBN 324007
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
cfessenden@porterscott.com
mgross@porterscott.com

Attorneys for Defendants
COUNTY OF YUBA and YUBA COUNTY SHERIFF'S OFFICE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF F.R., et al., | Case No. 2:23-cv-00846-WBS-CKD |
| Plaintiffs, | **ORDER FOR FILING FIRST AMENDED COMPLAINT** |
| vs. | |
| COUNTY OF YUBA, et al., | |
| Defendants. | |

The parties—the Estate of F.R. and Lori Rosiles (collectively, "Plaintiffs") and the County of Yuba and Yuba County Sheriff's Office (collectively, "Defendants")—submit the following [Proposed] Order for Filing First Amended Complaint.

1

**ORDER FOR FILING FIRST AMENDED COMPLAINT**
*Estate of F.R. v. County of Yuba*, United States District Court, Eastern District of California, Case No. 2:23-cv-00846-WBS-CKD

1. The parties previously stipulated that Plaintiffs shall have leave to file a First Amended Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(2). ECF No. 19. Thereafter, Plaintiffs filed the First Amended Complaint. ECF No. 20. Thus, the First Amended Complaint is the currently-operative pleading in this case. *See*, *e.g.*, 6 Wright & Miller, Fed. Prac. & Proc. Civ. § 1490 (3d ed.) ("If consent is secured, the usual motion procedure need not be followed. The pleaders right to amend is not subject to the courts discretion and the court must permit the amendment to be filed."); *Fern v. United States*, 213 F.2d 674, 677 (9th Cir. 1954) ("Once the adverse party has consented to the amendment of a pleading, the court has no control over the matter under Rule 15(a)."); *Bilmar Drilling, Inc. v. IFG Leasing Co.*, 795 F.2d 1194, 1199 (5th Cir. 1986) ("if the adverse party had consented to amendment, the court has no control over the matter" (citing *Fern*, 213 F.2d at 677)).

2. The Court's courtroom deputy has requested that the parties "e-file a proposed order to accompany th[e] stipulation, for the [J]udge's review and consideration." Accordingly, the parties submit the instant proposed order.

Dated: April 12, 2024

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*

By: _____
   Mark E. Merin
   Paul H. Masuhara

   Attorneys for Plaintiffs
   ESTATE OF F.R. and LORI ROSILES

Dated: April 15, 2024

Respectfully Submitted,
PORTER | SCOTT

*/s/ Matthew W. Gross*
(as authorized on April 15, 2024)
By: _____
   Carl L. Fessenden
   Matthew W. Gross

   Attorneys for Defendants
   COUNTY OF YUBA and YUBA COUNTY
   SHERIFF'S OFFICE

2

**ORDER FOR FILING FIRST AMENDED COMPLAINT**
*Estate of F.R. v. County of Yuba*, United States District Court, Eastern District of California, Case No. 2:23-cv-00846-WBS-CKD

**ORDER**

Pursuant to the parties' stipulation, ECF No. 19, and the filing of Plaintiffs' First Amended Complaint, ECF No. 20, Plaintiffs' currently-operative pleading in this case is the First Amended Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(2).

IT IS SO ORDERED.

Dated: April 16, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

**ORDER FOR FILING FIRST AMENDED COMPLAINT**
*Estate of F.R. v. County of Yuba*, United States District Court, Eastern District of California, Case No. 2:23-cv-00846-WBS-CKD